IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSE M. CANDELARIO, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. CV205-060 |
| ROBERT GILL and BRIAN RULEY, individually and in their official capacities, | |
| Defendants. | |

### ORDER

Plaintiff has moved this Court for voluntary dismissal, without prejudice, of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby **GRANTED**. Plaintiff's case is **DISMISSED**, without prejudice.

**SO ORDERED**, this 4th day of May, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)